UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CLEARSPAN FABRIC STRUCTURES INTERNATIONAL, INC.** : <br> **Plaintiff** : | **CIVIL NO.** <br> **3:17-CV-00635 (AWT)** |
| **V.** : | |
| **BRACHA, LLC, et al.,** : <br> **Defendants/Counterclaim Plaintiffs** : | |
| **V.** : | |
| **CLEARSPAN FABRIC STRUCTURES INTERNATIONAL, INC. and ENGINEERING SERVICES AND PRODUCTS COMPANY,** : <br> **Counterclaim Defendants** : | **SEPTEMBER 26, 2018** |

## STIPULATION TO JUDGMENT

The plaintiff/counterclaim defendant, Clearspan Fabric Structures International, Inc. ("Clearspan"); counterclaim defendant, Engineering Services and Products Company ("ESAPCO"); defendant/counterclaim plaintiff, Bracha, LLC ("Bracha"); defendant/counterclaim plaintiff Verdan Management, LLC ("Verdan"); defendant/counterclaim plaintiff, Marvele, LLC ("Marvele"); defendant, Pradip Patel; defendant, Sunilkumar Patel; and defendant Aunkaar, LLC, hereby stipulate and agree as follows.

1.      Judgment (the "Stipulated Judgment") shall enter in favor of Clearspan and against Bracha, Verdan and Marvele (the "Judgment Debtors") in the amount of one million four hundred ten thousand and 00/100 dollars ($1,410,000.00).

2.      Enforcement and collection of the Stipulated Judgment shall be stayed so long as the

3

Judgment Debtors render to Clearspan payments upon the following schedule:

      (a)     one hundred fifty thousand and 00/00 dollars ($150,000.00) within ninety (90) days of the court's entry of the Stipulated Judgment (the "Judgment Date"); followed by

      (b)     thirty-six (36) monthly payments in the amount of thirty-five thousand and 00/00 dollars ($35,000.00) apiece, (the "Installment Payments") commencing on the day that is the first day of the month following one hundred twenty (120) days after the Judgment Date.

      2.     Clearspan's claims against Pradip Patel, Sunilkumar Patel, and Aunkaar, LLC, shall be dismissed with prejudice.

      3.     The counterclaims against Clearspan and ESAPCO shall be dismissed with prejudice.

      4.     If an Installment Payment is late, the Judgment Debtors shall be entitled to one (1) notice ("Default Notice") per calendar year advising them of such default and providing them with a ten (10) day opportunity to cure such default. A default of this type is hereinafter referred to as a "First Calendar Year Default." As to any subsequent failure to render timely payment within any given calendar year ("Subsequent Calendar Year Default"), the Judgment Debtors shall not be entitled to a notice of default or opportunity to cure. Immediately following (i) the expiration of the cure period following a First Calendar Year Default or (ii) the fact of a Subsequent Calendar Year Default, the following shall apply:

      (a)     the full unpaid balance of the Stipulated Judgment, together with default interest at the rate of eighteen percent (18%) percent per annum retroactive to the Judgment Date, together with reasonable fees and costs incurred by Clearspan after default and related the enforcement or collection of the Stipulated Judgment, shall become immediately due and payable to Clearspan; and

      (b)     Clearspan shall be entitled to enforce the Stipulated Judgment, including but not

limited to registering the Stipulated Judgment in the United States District Court for the District of Arizona and any other court of competent jurisdiction.

Notwithstanding anything contained herein to the contrary, an Installment Payment shall not be in default if the Judgment Debtors produce to Clearspan a receipt from a recognized overnight courier that the Installment Payment at issue was sent via such courier on or before the payment due date.

5.      Notices shall be transmitted via email as follows:

To the Judgment Debtors:

        c/o Jigar Patel:        jigarp@amadomgmtllc.com

        c/o Mark Steinmetz:   Mark@mssteinmetz.com

        c/o Jusmin Patel:      jpatel520@yahoo.com

With copies to the defendants' counsel as follows:

        Kevin McEleney:       Kmceleney@uks.com

        Edward Pontacoloni:   epontacoloni@uks.com

To Clearspan:

        c/o Deborah Haley:    dhaley@clearspan.com

        c/o Matthew Niaura:   mniaura@farmtek.com

With copies to Clearspan's counsel as follows:

        William O'Sullivan:   wosullivan@omjblaw.com

And/or to such other email addresses as the parties provide to each other by way of email notice.

6.      The parties' Settlement Agreement of September 9, 2018, shall be deemed to

merge into this Stipulated Judgment with respect to any and all terms of the Settlement Agreement that are addressed herein. The Settlement Agreement shall otherwise remain in full force and effect.

**PLAINTIFF/COUNTERCLAIM DEFENDANT, CLEARSPAN FABRIC STRUCTURES INTERNATIONAL, INC.**

**And**

**COUNTERCLAIM DEFENDANT, ENGINEERING SERVICES AND PRODUCTS COMPANY**

By\_\_\_/s/ William J. O'Sullivan_____

William J. O'Sullivan (ct08452)
O'Sullivan McCormack Jensen & Bliss PC
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT 06109-2371
Phone (860) 258-1993
Fax (860) 258-1991
wosullivan@omjblaw.com
Their Attorneys

6

**DEFENDANTS AND DEFENDANT/
COUNTERCLAIM PLAINTIFFS,
BRACHA, LLC; PRADIP PATEL;
SUNILKUMAR PATEL; VERDAN
MANAGEMENT, LLC; AUNKAAR, LLC;
AND MARVELE, LLC**

By:___/s/Edward Pontacoloni___
        EDWARD J. PONTACOLONI, ESQ.
        Federal Bar No. ct05771
        KEVIN J. MCELENEY, ESQ.
        Federal Bar No. ct27673
        Updike, Kelly & Spellacy, P.C.
        100 Pearl Street, P.O. Box 231277
        Hartford, CT 06123-1277
        Tel. (860) 548-2600
        Fax. (860) 548-2680
        epontacoloni@uks.com
        kmceleney@uks.com
        Counsel to the Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CLEARSPAN FABRIC STRUCTURES INTERNATIONAL, INC.**<br>**Plaintiff** | : <br> : <br> : | **CIVIL NO.**<br>**3:17-CV-00635 (AWT)** |
| **V.** | : <br> : | |
| **BRACHA, LLC, et al.,**<br>**Defendants/Counterclaim Plaintiffs** | : <br> : <br> : | |
| **V.** | : <br> : | |
| **CLEARSPAN FABRIC STRUCTURES INTERNATIONAL, INC. and ENGINEERING SERVICES AND PRODUCTS COMPANY,**<br>**Counterclaim Defendants** | : <br> : <br> : <br> : <br> : | **SEPTEMBER 26, 2018** |

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.   Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

8

**PLAINTIFF/COUNTERCLAIM DEFENDANT, CLEARSPAN FABRIC STRUCTURES INTERNATIONAL, INC.**

**And**

**COUNTERCLAIM DEFENDANT, ENGINEERING SERVICES AND PRODUCTS COMPANY**

By\_\_/s/ William J. O'Sullivan_____

William J. O'Sullivan (ct08452)
O'Sullivan McCormack Jensen & Bliss PC
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT 06109-2371
Phone (860) 258-1993
Fax (860) 258-1991
wosullivan@omjblaw.com
Their Attorneys